UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re  
Jacqueline Morgan  
    Debtor

Case No. 16–30546  
Chapter 13

## ORDER CONFIRMING PLAN

The debtor's plan was filed on February 29, 2016. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Done this 21st day of May, 2016.

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.  
United States Bankruptcy Judge

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                              Case No. 16-30546-DHW
Jacqueline Morgan                                                   Chapter 13
            Debtor
                                    CERTIFICATE OF NOTICE
District/off: 1127-2          User: admin                 Page 1 of 2         Date Rcvd: May 23, 2016
                              Form ID: van297a            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2016.
db             +Jacqueline Morgan,    3639 Norman Bridge Road,     Montgomery, AL 36105-2314
3497050        +AMERIMARK PREMIER,    1112 7TH AVE,    Monroe, WI 53566-1364
3497052        +ATT,    8014 BAYBERRY ROAD,    Jacksonville, FL 32256-7412
3497053        +ATT,    2978 W JACKSON STREET,    Tupelo, MS 38801-6731
3497054        +BBVA COMPASS,    15 South 20th Street,    Birmingham, AL 35233-2090
3497071       ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,     OKLAHOMA CITY OK 73118-7901
                 (address filed with court: T-MOBILE,    BANKRUPTCY TEAM,     PO BOX 53410,    Bellevue, WA 98015)
3497055        +CEDAR HILL NATIONAL BANK,    8100 DEMARK ROAD,     Charlotte, NC 28273-5979
3497057        +CREDIT MANAGEMENT,    4200 INTERNATIONAL PKWY,     Carrollton, TX 75007-1912
3497059         EOS CCA,    P.O. BOX 981002,    Boston, MA 02298-1002
3497047         EQUIFAX INFORMATION SERVICES LLC,     P.O. BOX 740241,    Atlanta, GA 30374-0241
3497049         EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
3497060        +FIRST PREMIER,    3820 N LOUISE AVE,    Sioux Falls, SD 57107-0145
3497061        +FIRST SUN,    33 S. PERRY STREET,    Montgomery, AL 36104-3756
3497062         GINNY'S,    1112 7TH AVE,    Monroe, WI 53566-1364
3497063         HSBC,    PO BOX 80028,    Salinas, CA 93912-0028
3497064         KNOLOGY,    1241 O. G. SKINNER DRIVE,    West Point, GA 31833-1789
3497066         MONTGOMERY WARD,    1112 7TH AVE,    Monroe, WI 53566-1364
3497070        +Stoneberry,    P O Box 2820,    Monroe, WI 53566-8020
3497048         TRANSUNION CONSUMER SOLUTIONS,     P.O. BOX 2000,    CHESTER, PA 19022-2000
3497072         WELLS FARGO,    P.O. BOX 10335,    San Diego, CA 92123
3497073        +WELLS FARGO,    301 SOUTH COLLEGE STREET,    Charlotte, NC 28202-6000
3497074         WELLS FARGO HOME MORTGAGE,    P.O. BOX 10368,     Des Moines, IA 50306-0368
3497075        +WOW,    6050 Knology Way,    Columbus, GA 31909-4962
3536102        +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,     MAC #D3347-014,
                 3476 Stateview Boulevard,    Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3497051         E-mail/Text: g17768@att.com May 23 2016 21:44:27      AT&T,    P.O. Box 105503,
                 Atlanta, GA 30348-5503
3497056        +E-mail/Text: chesterfieldmtg@bellsouth.net May 23 2016 21:45:59       CHESTERFIELD LOANS,
                 19 S. PERRY STREET,    MONTGOMERY, AL 36104-3756
3497058        +E-mail/Text: Bankruptcy.Consumer@dish.com May 23 2016 21:45:15       DISH NETWORK,
                 9601 S MERIDIAN BLVD,    Englewood, CO 80112-5905
3497065        +E-mail/Text: bankruptcydpt@mcmcg.com May 23 2016 21:45:16       Midland Funding,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
3497067        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2016 21:40:17       PORTFOLIO,
                 120 CORPORATE BLVD, STE 100,    P O Box 12914,    Norfolk, VA 23541-0914
3497068         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2016 21:56:20
                 PORTFOLIO RECOVERY ASSOCIATES,     PO BOX 12914,    Norfolk, VA 23541
3497069        +E-mail/Text: newbk@Regions.com May 23 2016 21:45:25      Regions Bank,    1900 5th Avenue N,
                 Birmingham, AL 35203-2670
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2016 at the address(es) listed below:
          Bankruptcy Administrator    ba@almb.uscourts.gov
          Curtis C. Reding    trustees_office@ch13mdal.com
          Janna L Ifshin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@sirote.com
          Joshua C. Milam    on behalf of Debtor Jacqueline  Morgan jmilam@smclegal.com,
           smclegalecf@gmail.com

                                                            TOTAL: 4