# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

IN RE:

JACQUELINE MORGAN
SSAN: XXX-XX-1230

Debtor (s)

Case No. 16-30546-DHW
Chapter 13

**PURSUANT TO LBR 1017-1, THIS CASE MAY BE DISMISSED, WITHOUT FURTHER NOTICE OR HEARING, UNLESS A RESPONSE IS FILED WITH THE COURT AND SERVED UPON THE PARTY SERVING THIS NOTICE WITHIN 21 DAYS OF SERVICE.**

## TRUSTEE'S MOTION TO DISMISS

COMES NOW, Sabrina L. McKinney, Chapter 13 Trustee for this district, and moves the Court to dismiss the above entitled case pursuant to 11 U.S.C., §1307 (and LBR 1017-1), in that the debtor's actions have caused unreasonable delay that is prejudicial to creditors. As grounds for said motion, the Trustee states as follows:

The debtor filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on February 29, 2016.

The debtor has failed to make payments to the Trustee pursuant to the terms of the debtor's Chapter 13 plan.

The debtor's payments to the Trustee are being paid as the following:

| DEBTOR NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|
| JACQUELINE MORGAN | 140.00 | MONTHLY | 03/30/2016 |

The following is a list of all payments made to the Trustee within the last 180 days:

| | | | | | |
|---|---|---|---|---|---|
| $250.00 | 05/10/2017 | 1707 | $140.00 | 06/12/2017 | 1597 |
| $150.00 | 08/14/2017 | 4470 | | | |

The overall pay record with the Trustee is 53.38% and the debtor's total plan delinquency is $1,240.00.

WHEREFORE, the above premises considered, the Trustee moves this Honorable Court for an Order dismissing the debtor's case and for any such other relief to which the Trustee may be entitled.

JACQUELINE MORGAN
3639 NORMAN BRIDGE RD
MONTGOMERY, AL  36105

Respectfully submitted this, 10/27/2017.

                Sabrina L. McKinney
                Chapter 13 Standing Trustee

                /s/ *Sabrina L. McKinney*
                Sabrina L. McKinney
                Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Dismiss on the debtor's and the debtor's attorney, by placing them in the United States Mail, postage prepaid, and properly addressed, or by electronic mail.

Done, this October 27, 2017.

                /s/ *Sabrina L. McKinney*
                Sabrina L. McKinney
                Chapter 13 Standing Trustee

JACQUELINE MORGAN
3639 NORMAN BRIDGE RD
MONTGOMERY, AL 36105